DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00185-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




§
 APPEAL FROM THE 349TH



IN THE INTEREST OF A.R.W.,
§
 JUDICIAL DISTRICT COURT OF

A CHILD


§
 ANDERSON COUNTY, TEXAS







PER CURIAM


 Appellant has filed a Motion to Dismiss Appeal, and all other parties to the appeal have been
given notice of the filing of this motion. Because Appellant has met the requirements of Tex. R.
App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered September 5, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.














(DO NOT PUBLISH)